Name and address:
Andrew D. La Fiura
Jackson Lewis P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
Tel.: (267) 319-7802
Fax: (215) 399-2249
email: andrew.lafiura@jacksonlewis.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI WOLBERT<br><br>Plaintiff(s)<br>v.<br>QUALITY SYSTEMS, INC., NEXTGEN HEALTHCARE INFORMATION SYSTEMS, and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br>SACV16-00009 JLS(DFMx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

### INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*
(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*
(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

### SECTION I - INFORMATION

La Fiura, Andrew D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Jackson Lewis P.C.
*Firm Name*

Three Parkway
1601 Cherry Street, Suite 1350
*Street Address*

Philadelphia, PA 19102
*City, State, Zip Code*

(267) 319-7802
*Telephone Number*

(215) 399-2249
*Fax Number*

andrew.lafiura@jacksonlewis.com
*E-Mail Address*

I have been retained to represent the following parties:

| | | | |
|---|---|---|---|
| Quality Systems, Inc. | ☐ Plaintiff | ☒ Defendant | ☐ Other: |
| Nextgen Healthcare Information Systems | ☐ Plaintiff | ☒ Defendant | ☐ Other: |

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| New Jersey Supreme Court | 12/15/2004 | Yes |
| U.S.D.C. - New Jersey | 2/1/2015 | Yes |
| U.S.D.C. - Eastern District of Pennsylvania | 4/22/2010 | Yes |
| U.S.D.C. - Middle District of Pennsylvania | 11/08/2013 | Yes |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

| |
|---|
| |

Have you previously registered as a CM/ECF user in the Central District of California ?   ☐ Yes   ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☒ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated January 26, 2016     Andrew D. LaFiura
_____   _____
                            *Applicant's Name (please type or print)*

                            _____
                            *Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Sandoval, Cynthia S.
*Designee's Name (Last Name, First Name & Middle Initial)*

Jackson Lewis P.C.
*Firm Name*

5000 Birch Street
*Street Address*

Suite 5000

Newport Beach, CA 92660
*City, State, Zip Code*

949-885-1360
*Telephone Number*

949-885-1380
*Fax Number*

sandovac@jacksonlewis.com
*E-Mail Address*

191390
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated February 11, 2016

Cynthia S. Sandoval
*Designee's Name (please type or print)*

*[signature]* Cynthia Sandoval
*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

---

G-64 (06/13)     APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 3 of 3

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ANDREW D LA FIURA** (No. **020112004**) was constituted and appointed an Attorney at Law of New Jersey on **December 15, 2004** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **5TH** day of **February**, 20**16**

*Clerk of the Supreme Court*

-453a-

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Andrew D. La Fiura

was duly admitted to practice in said Court as of February 1, 2005, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: February 3, 2016

WILLIAM T. WALSH, CLERK

By _____
Marina Lucic, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  }
                          }
MIDDLE DISTRICT OF PENNSYLVANIA }

I, Maria E. Elkins, Clerk of the United States District Court, Middle District of Pennsylvania, Do Hereby Certify that Andrew La Fiura, Esquire is duly admitted to practice in said Court on November 8, 2013, and is in good standing as a member of the bar of said Court.

Dated at Scranton, Pennsylvania
on February 3, 2016

MARIA E. ELKINS, CLERK OF COURT

By _____
Deputy Clerk



## Supreme Court of Pennsylvania

John W. Person Jr., Esq.  
Deputy Prothonotary  
Patricia A. Johnson  
Chief Clerk

Eastern District

468 City Hall  
Philadelphia, PA 19107  
(215) 560-6370  
www.pacourts.us

February 3, 2016

Andrew Dennis La Fiura, Esq.  
Jackson Lewis LLP  
Three Parkway  
1601 Cherry Street, Suite 1350  
Philadelphia, PA  19102

RE:  **Certificate of Good Standing**

Dear Mr. La Fiura:

Enclosed is your Certificate of Good Standing confirming that you are an active member in good standing of the Bar of the Supreme Court of Pennsylvania.

In addition, enclosed is your Receipt Number(s) 2016-SUP-E-000317 showing payment in the amount of $25.00.

Very truly yours,  
Office of the Prothonotary

/rdh  
Enclosure



# Supreme Court of Pennsylvania
# PAYMENT RECEIPT

Receipt Date: 02/03/2016
Receipt No: 2016-SUP-E-000317

**Remitter:**

Jackson Lewis P.C.

## PAYMENT

| Method | Check / Money Order No. | Bank Transit No. | Amount |
|---|---|---|---|
| Check | 2752 | 1-32 | $ 25.00 |

## FEE

| Date | Type | Pages | Fee Amount | Paid |
|---|---|---|---|---|
| **513 CGS 2016** | **Certificate of Good Standing for La Fiura, Andrew** | | | |
| 02/01/2016 | Request for Certificate of Good Standing | 1 | $ 25.00 | $ 25.00 |
| | | | $ 25.00 | $ 25.00 |

Total Payment: $ 25.00
Change: $ 0.00
Payments Less Change: $ 25.00

**Comments:**

RETAIN THIS RECEIPT FOR YOUR RECORDS

AOPC: PaymentReceipt
Page 1 of 1

Prepared by: RH
Printed: 02/03/2016 12:33 pm



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Andrew Dennis La Fiura, Esq.*

#### DATE OF ADMISSION

**November 9, 2009**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  February 3, 2016

_____
John W. Person Jr., Esq.
Deputy Prothonotary

RECEIVED FEB 04 2016

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## CERTIFICATE OF GOOD STANDING

I, MARCIA M. WALDRON, Clerk of the United States Court of Appeals for the Third Circuit, DO HEREBY CERTIFY THAT **Andrew D. La Fiura** was admitted to practice before this Court as an attorney and counselor on **December 31, 2013** he or she has never been suspended nor disbarred, and is presently a member of the bar of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or complaints pending before the Disciplinary Committee of this Court against said attorney and counselor.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the said Court, at Philadelphia, this 2nd day of February, 2016.

MARCIA M. WALDRON, Clerk
United States Court of Appeals
For the Third Circuit

By: _____
Patricia S. Dodszuweit
Chief Deputy Clerk

| | OFFICE OF THE CLERK | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **U**NITED **S**TATES **C**OURT OF **A**PPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790<br>Website: http://www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |

February 02, 2016

Andrew D. La Fiura, Esquire
Jackson Lewis P.C.
Three Parkway
1601 Cherry Street
Philadelphia, PA. 19102

Dear Counsel:

Pursuant to your letter of January 26, 2016, we are enclosing a certificate evidencing your admission to our Bar and current good standing.

Although requests are often made for certifications from the Court's Grievance Committee, the Court does not have such a Committee. The Clerk maintains and administers all records of this Court's Standing Committee on Attorney Discipline.

Also enclosed is our receipt for certification fees.

Very truly yours
MARCIA M. WALDRON , CLERK

By: Patricia S. Dodszuweit
Chief Deputy Clerk

PSD/lm

# CERTIFICATE OF GOOD STANDING

RECEIVED FEB 04 2016

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY that Andrew La Fiura, Bar #307891, was duly admitted to practice in said Court on April 22, 2010, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

MICHAEL E. KUNZ  
Clerk of Court

on February 2, 2016.

BY: *Gail R. Olson*  
Gail R. Olson, Deputy Clerk