Andrew D. La Fiura
Jackson Lewis P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA  19102
Tel:  (267) 319-7802
Fax:  (215) 399-2249
E-mail:  andrew.lafiura@jacksonlewis.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI WOLBERT<br><br>Plaintiff(s)<br><br>v.<br><br>QUALITY SYSTEMS, INC., NEXTGEN HEALTHCARE INFORMATION SYSTEMS, and DOES 1 through 10, INCLUSIVE,<br><br>Defendant(s). | CASE NUMBER<br><br>SACV16-00009 JLS (DFMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

La Fiura, Andrew D.    of
*Applicants Name (Last Name, First Name & Middle Initial)*

(267) 319-7802          (215) 399-2249
*Telephone Number*      *Fax Number*

andrew.lafiura@jacksonlewis.com
*E-Mail Address*

Jackson Lewis P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA  19102
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Quality Systems, Inc.
Defendant Nextgen Healthcare Information Systems

*Name(s) of Party(ies) Represented*    [ ] *Plaintiff*    [x] *Defendant*    [ ] *Other:*____

**and designating as Local Counsel**

Sandoval, Cynthia S.
*Designee's Name (Last Name, First Name & Middle Initial)*

191390                  (949) 885-1360
*Designee's Cal. Bar Number*    *Telephone Number*

(949) 885-1380
*Fax Number*

Jackson Lewis P.C.
5000 Birch Street, Suite 5000
Newport Beach, CA  92660
*Firm Name & Address*

sandovac@jacksonlewis.com
*E-Mail Address*

**hereby ORDERS the Application be:**

[ ] **GRANTED**.
[ ] **DENIED.  Fee shall be returned by the Clerk.**
[ ] **DENIED.  For failure to pay the required fee.**
Dated _____

**U.S. District Judge/U.S. Magistrate Judge**