# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI WOLBERT<br><br>Plaintiff(s)<br>v.<br><br>QUALITY SYSTEMS, INC., NEXTGEN HEALTHCARE INFORMATION SYSTEMS, and DOES 1 through 10, INCLUSIVE,<br><br>Defendant(s). | CASE NUMBER<br><br>SACV16-00009 JLS (DFMx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

La Fiura, Andrew D.        of        Jackson Lewis P.C.
*Applicants Name (Last Name, First Name & Middle Initial)*        Three Parkway
                                    1601 Cherry Street, Suite 1350
(267) 319-7802        (215) 399-2249        Philadelphia, PA  19102
*Telephone Number*        *Fax Number*

andrew.lafiura@jacksonlewis.com
*E-Mail Address*        *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Quality Systems, Inc.

Defendant Nextgen Healthcare Information Systems

*Name(s) of Party(ies) Represented*        [ ] Plaintiff    [X] Defendant    [ ] Other:___

**and designating as Local Counsel**

Sandoval, Cynthia S.        Jackson Lewis P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*        5000 Birch Street, Suite 5000
                                    Newport Beach, CA  92660
191390        (949) 885-1360
*Designee's Cal. Bar Number*        *Telephone Number*

(949) 885-1380
*Fax Number*        *Firm Name & Address*

sandovac@jacksonlewis.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**[X]  GRANTED**.
[ ]  **DENIED**.  Fee shall be returned by the Clerk.
[ ]  **DENIED**.  For failure to pay the required fee.

**Dated  February 12, 2016**                    JOSEPHINE L. STATON
                                **U.S. District Judge**