Andrew D. La Fiura (PA 307891)
andrew.lafiura@jacksonlewis.com
Cynthia S. Sandoval (SBN 191390)
sandovac@jacksonlewis.com
Vandan Kapur (SBN 281773)
vandana.kapur@jacksonlewis.com
JACKSON LEWIS P.C.
5000 Birch Street, Suite 5000
Newport Beach, California 92660
Tel: (949) 885-1360
Fax: (949) 885-1380

Attorneys for Defendants
QUALITY SYSTEMS, INC. and NEXTGEN
HEALTHCARE INFORMATION SYSTEMS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TRACI WOLBERT,<br><br>     Plaintiff,<br><br>vs.<br><br>QUALITY SYSTEMS, INC. NEXTGEN<br>HEALTHCARE INFORMATION<br>SYSTEMS, and DOES 1 through 10,<br>INCLUSIVE,<br><br>     Defendants. | **CASE NO.: SACV16-00009 JLS (DTBx)**<br><br>**DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Hearing Date:     April 1, 2016<br>Time:             2:30 p.m.<br>Ctrm.:            10A<br><br>Complaint Filed:  December 3, 2015<br>Trial Date:        None Set |

### TO THE HONORABLE COURT, AND TO PLAINTIFF:

PLEASE TAKE NOTICE that on April 1, 2016, at 2:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 10A of the above-entitled Court, Defendants QUALITY SYSTEMS, INC. and NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC will and hereby do move this Court for an Order transferring the venue of the above-captioned action to the United States District Court for the Eastern District

1 | of Pennsylvania.

2 | Plaintiff TRACI WOLBERT's ("Plaintiff") action against Defendants has its nexus
3 | in the Eastern District of Pennsylvania and should be transferred there for the
4 | convenience of the Parties and witnesses, and to promote the interest of justice.  In brief:
5 | (1) venue in this matter is proper in the Eastern District of Pennsylvania pursuant to 28
6 | U.S.C. 1391; (2) Plaintiff resides in Pennsylvania; (3) all of the alleged harm occurred in
7 | Pennsylvania; (4) nearly all of the witnesses reside in or near Pennsylvania and (5) nearly
8 | all of the physical evidence, to the extent any exists, is located in Pennsylvania.

9 | This Motion is made following the conference of counsel pursuant to Local Rule 7-
10 | 3 which took place on January 27, 2016.

11 | This Motion is based upon this Notice, the accompanying Memorandum of Points
12 | and Authorities, the Declaration of Andrew D. La Fiura, and all pleadings and papers on
13 | file herein and such further oral and documentary evidence as may be presented in any
14 | reply brief or at the hearing on this Motion.

15 |

16 | Dated:  February 24, 2016          JACKSON LEWIS P.C.

17 |

18 | By:    */s/ Andrew D. La Fiura*
   | Andrew D. La Fiura
19 | Andrew.lafiura@jacksonlewis.com

20 | Attorneys for Defendants
21 | QUALITY SYSTEMS, INC. and NEXTGEN
   | HEALTHCARE INFORMATION SYSTEMS,
22 | LLC

23 |

24 | 4827-8880-5422, v. 1

25 |

26 |

27 |

28 |

Case No.: **16-CV-00009**          2          DEFENDANTS' NOTICE OF MOTION AND
                                               MOTION TO TRANSFER VENUE