1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TRACI WOLBERT,<br><br>              Plaintiff,<br><br>      vs.<br><br>QUALITY SYSTEMS, INC. NEXTGEN HEALTHCARE INFORMATION SYSTEMS, and DOES 1 through 10, INCLUSIVE,<br><br>              Defendants. | **CASE NO.: SACV16-00009 JLS (DFMx)**<br><br>[Assigned to the Hon. Josephine L. Staton, Courtroom 10A]<br><br>**[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE**<br><br>*[Filed concurrently with Notice of Motion and Motion, Memorandum of Points and Authorities in Support, and Declarations in Support]*<br><br>Date:          April 1, 2016<br>Time:          2:30 p.m.<br>Courtroom:   10A<br><br>Complaint Filed:   December 3, 2015<br>Trial Date:          None set |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Having reviewed the Motion to Transfer Venue of Defendants QUALITY SYSTEMS, INC. and NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC (collectively, "Defendants"), and all opposing and reply papers, as well as any argument of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1.    Defendants' Motion to Transfer Venue is granted in its entirety;

2.    The entire action shall be transferred to the Eastern District of Pennsylvania and all litigation, including any outstanding discovery deadlines, shall be stayed pending completion of the venue transfer.

**IT IS SO ORDERED.**

Dated: _____, 2016

_____
Josephine L. Staton
United States District Judge

4829-9821-9303, v.  1

16-CV-00009 JLS (DFMx)                    2                    [PROPOSED] ORDER GRANTING MOTION TO
                                                                              TRANSFER VENUE