JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

TRACI WOLBERT,

        Plaintiff,

    vs.

QUALITY SYSTEMS, INC.,
NEXTGEN HEALTHCARE
INFORMATION SYSTEMS, and
DOES 1 through 10, INCLUSIVE.

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  **SACV16−00009 DFM**

**[Assigned to the Hon. Douglas F.
McCormick, Courtroom 6B]**

**ORDER ON DISMISSAL WITH
PREJUDICE**

///

///

///

ORDER GRANTING
STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice; and Order Thereon, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.    Plaintiff's First Amended Complaint against the individual defendants, QUALITY SYSTEMS, INC. and NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2.    Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:      September 6, 2017

_____
HON. DOUGLAS F. MCCORMICK,
United States Magistrate Judge

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH
PREJUDICE – Case No. SACV16-00009 DFM